CHARLES S. PAINTER (SBN 89045)
cpainter@ericksenarbuthnot.com
REBECCA L. MENENDEZ (SBN 262487)
rmenendez@ericksenabuthnot.com
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant ESA MANAGEMENT, LLC, a Delaware limited liability company, incorrectly sued as ESA MANAGEMENT, LLC, a North Carolina limited liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CORTES, an individual, | Case No.: 3:18-cv-04556-JST |
| Plaintiff, | **JOINT STIPULATION & ORDER** |
| vs. | |
| EXTENDED STAY AMERICA, INC., and ESA MANAGEMENT, LLC, | Action Filed:  8/22/2017<br>Trial Date: 02/03/2020 |
| Defendants. | |

WHEREAS the parties have agreed amongst and between themselves, through their respective counsel, have stipulated and agreed to extend the deadline to complete mediation on this case from April 23, 2019 to May 23, 2019. This will give the parties time to obtain the needed records to mediate this case in good faith.

Dated: March 22, 2019

ERICKSEN ARBUTHNOT

By: */s/ Rebecca L. Menendez*

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant ESA MANAGEMENT, LLC, a Delaware limited liability company, incorrectly sued as ESA MANAGEMENT, LLC, a North Carolina limited liability Company

DATED: March 22, 2019

THE LAW OFFICES OF ILAN N. ROSEN JANFAZA

By

ILAN N. ROSEN JANFAZA
Attorneys for Plaintiff MONICA CORTES

## **ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

The deadline for the parties to complete mediation is extended to and including, Thursday May 23, 2019.

Date: March 25, 2019

JON S. TIGAR
U.S. DISTRICT COURT JUDGE